# Court of Appeals
# of the State of Georgia

ATLANTA,  June 03, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0408. DEVANTE L. WADE v. BRUCE THOMPSON, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR.

The Board of Review of the Georgia Department of Labor denied Devante Wade's claim for unemployment benefits. Wade filed a petition for review to the superior court, and the superior court affirmed the Board's decision on March 19, 2025. Wade filed a direct appeal, which we dismissed. See Case No. A25A1583 (May 20, 2025). He also filed this application on May 5, 2025. We, however, lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Wade's application, filed 45 days after the superior court's order, is thus untimely.

Accordingly, this untimely application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  06/03/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*